■ In the Matter of the Arbitration between SCIENCE DEVELOPMENT CORPORATION, Petitioner, and FAIRLEIGH S. DICKINSON, JR., Appellant. MILTON SCHONBERGER, Respondent.—Order, Supreme Court, New York County (David B. Saxe, J.), entered on October 3, 1991, unanimously affirmed for the reasons

stated by David B. Saxe, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin, Kupferman and Kassal, JJ.